`

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-14-00188-CV

| | | | |
|---|---|---|---|
| Jack County Appraisal District | § | From the 271st District Court | |
| | § | of Jack County (13-07-097) | |
| v. | § | January 14, 2016 | |
| | § | Opinion by Justice Gardner | |
| Jack County Hospital District | § | Dissent by Justice Gabriel | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Jack County Appraisal District shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
      Justice Anne Gardner